[No. 11541-7-II. Division Two. June 13, 1989.]

DONNA BOWMAN, *Individually and as Guardian, Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-02833-2, Leonard W. Kruse, J., entered October 28, 1987. *Affirmed* by unpublished opinion per

Worswick, J., concurred in by Reed, J., and Petrie, J. Pro Tem.